NIKKI L. BAKER (Nevada Bar No. 6562)
nbaker@bhfs.com
LAURA E. BIELINSKI (Nevada Bar No. 10516)
lbielinski@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:  (702) 382-8135

Attorneys for Plaintiff
FERTITTA ENTERTAINMENT LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FERTITTA ENTERTAINMENT LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>VIVA GAMING LLC, a Nevada limited liability company, GONZALO DE VARONA & ASSOCIATES, an entity of unknown origin doing business in Nevada, and GONZALO DE VARONA, an individual,<br><br>Defendants. | Case No. 2:12-CV-2135 RCJ-NJK<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Fertitta Entertainment LLC, ("Plaintiff") hereby submits its voluntary dismissal of the above captioned matter without prejudice.

///

///

///

1

Defendants Viva Gaming LLC, Gonzalo De Varona & Associates and Gonzalo De Varona have not filed an answer or responsive pleading to Plaintiff's Complaint.

DATED this 4th day of November, 2013.

            Respectfully submitted,

            BROWNSTEIN HYATT FARBER
            SCHRECK, LLP

            By: /s/ Laura E. Bielinski
            Nikki L. Baker (Nevada Bar No. 6562)
            Laura E. Bielinski (Nevada Bar No. 10516)
            100 North City Parkway, Suite 1600
            Las Vegas, Nevada 89106-4614

            Attorneys for Plaintiff
            FERTITTA ENTERTAINMENT LLC

## ORDER

IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that [6] Motion to Extend Time is DENIED as MOOT.

IT IS FURTHER ORDERED that the Status Conference set for Wednesday, November 13, 2013 @ 10:00 A.M. is VACATED.

IT IS FURTHER ORDERED that the Clerk of the Court shall close this case.

IT IS SO ORDERED this 4th day of November, 2013.

_____
ROBERT C. JONES
Chief Judge

013877\0010\10828420.1       2